IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

MARY STRACKBEIN,

Plaintiff,

v.

REGIS UNIVERSITY,

Defendant.

---

COMPLAINT

---

PLAINTIFF MARY STRACKBEIN, by and through her attorney, the law firm of Olsen & Brown, LLC, states for her Complaint as follows:

NATURE OF CLAIMS

1. Plaintiff also invokes the jurisdiction of the court pursuant to the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*. to remedy employment discrimination because of age, and retaliation.

2. Plaintiff also brings pendant state claims for age discrimination and retaliation.

JURISDICTION

3. This court is empowered by 28 U.S.C. §§ 1331, 1343, 2201 and 2202; and by 42 U.S.C. § 2000e-5(f), to hear and decide these claims for relief.

## PARTIES

4. Plaintiff Mary Strackbein is a woman and citizen of the United States, with birth date of September 1, 1950.

5. Defendant Regis University is an academic institution within the State of Colorado.

6. The defendant has continuously employed more than 500 employees and been engaged in interstate commerce.

7. The defendant is otherwise an employer within the meaning of the above-described statutes.

## ADMINISTRATIVE PROCEDURES

8. Plaintiff properly filed her charge of discrimination with the Denver district office of the United States Equal Employment Opportunity Commission [EEOC].

9. Notice of Right to Sue was received by plaintiff from the EEOC, and the Complaint is filed within 90 days thereof.

## ALLEGATIONS

10. The above paragraphs are incorporated herein.

11. Plaintiff is a female with birth date of September 1, 1950. Thus she was over 40 years old at all pertinent times.

12. Plaintiff was employed with the defendant as a Campus Associate.

13. Plaintiff complained that the defendant violated its own policy of posting job

openings and thus pre-selected employees, which had a disparately negative impact upon older employees (she said it favored younger employees).

14. False criticisms were brought against her by her employer.

15. Plaintiff complained to an officer of the university.

16. The defendant attempted to force plaintiff to resign, and indeed plaintiff tendered her resignation in lieu of being terminated -- but then withdrew the resignation.

17. She was then involuntarily terminated and ordered not to return to the campus.

18. Plaintiff was terminated in part because the defendant anticipated that she was going to bring a claim of discrimination.

19. The defendant ignored its own policies and procedures and failed conduct any investigation of plaintiff's complaints of discrimination, including that she had been discriminated against.

20. Younger employees and those who had not complained about discrimination, were not been treated the same under similar circumstances.

21. If plaintiff had been under 40 years old and/or if she had not complained about discrimination, the above-described actions would not have been taken against her.

22. Reasons given by the defendant for these actions and this conduct are false and pretextual, thus giving rise to an inference of discrimination.

23. The actions against plaintiff were intentional and reckless, giving rise to exemplary damages in favor of plaintiff.

24. The actions described herein caused a disparately negative impact upon

employees (and applications) over 40 years old.

25. Because of the above-cited actions, the plaintiff has suffered and will continue to suffer loss of compensation, benefits and salary, as well as future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life.

26. The above-stated paragraphs are incorporated into the following Claims for Relief.

## FIRST CLAIM FOR RELIEF

27. By the aforesaid acts of discrimination and retaliation, the defendant breached the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*.

## SECOND CLAIM FOR RELIEF

28. By the aforesaid acts of discrimination and retaliation, the defendant breached Colorado state law forbidding discrimination because of age and forbidding retaliation.

## PRAYER AND JURY DEMAND

WHEREFORE, plaintiff respectfully moves this court and prays for:

(a) a declaratory judgment declaring that the defendant has violated the above-described statutes by the aforesaid acts against plaintiff;

(b) all compensation, back pay, equal pay, front pay and benefits that plaintiff was denied because of the defendant's acts, in a sum to be determined by the court and jury;

(c) liquidated and compensatory damages, including for future pecuniary losses, physical/medical injury and harm, emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in a sum to be determined by the court and jury;

(d) exemplary or punitive damages in a sum to be determined by the court and jury;

(e) legal fees, disbursements, expert fees, and costs of this action;

(f) all legal interest on sums awarded;

(g) all issues so triable to be decided by a jury;

(h) such other relief as the court may deem appropriate.

RESPECTFULLY SUBMITTED,
OLSEN AND BROWN, L.L.C.

s/ John R. Olsen
By: John R. Olsen
Attorney for the Plaintiff
8362 Greenwood Drive
Niwot, Colorado 80503
(303) 652-1133

Date: September 3, 2008

Plaintiff's Address:
5369 S. Xenophon Way
Littleton, CO 80127