IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01884-CMA-MJW

MARY STRACKBEIN,

Plaintiff,

v.

REGIS UNIVERSITY,

Defendant.

---

PLAINTIFF'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE

---

PLAINTIFF MARY STRACKBEIN, by and through her attorneys, Olsen & Brown, LLC, moves without opposition to vacate the Settlement Conference presently set for 1:30 p.m., Monday, November 17, 2008, and as grounds therefor states as follows:

1. Defendant's attorney, Ms. Urban, has voiced her nonopposition to this motion.

2. The Settlement Conference is presently set for 1:30 p.m., Monday, November 17, 2008.

3. Plaintiff has expressed the view that she would not like the Settlement Conference to convene until depositions are completed. Depositions cannot be completed until January 2009 at the earliest.

4. Thus, given plaintiff's position, convening the Settlement Conference on November 17, 2008 would not be a good use of the Court's resources and counsel's

resources.

5. The parties would wish to contact the Court when a point is reached at which settlement discussions would be helpful, but that cannot be until depositions are completed.

6. There has been no prior continuance of the Settlement Conference, and no party will be unfairly prejudiced by vacating the presently-set Settlement Conference.

7. The parties sincerely appreciated the willingness of the Court to schedule the Settlement Conference. If the Court will allow, the parties will contact the Court when depositions are completed for the purpose of re-setting a Settlement Conference.

8. A form of Proposed Order is attached for the Court's consideration.

WHEREFORE, plaintiff moves without opposition to vacate the Settlement Conference presently set for 1:30 p.m., Monday, November 17, 2008.

RESPECTFULLY SUBMITTED,
OLSEN & BROWN, L.L.C.

By: s/ John R. Olsen
John R. Olsen
Attorneys for Plaintiff
8362 Greenwood Drive
Niwot, Colorado 80503
Telephone: (303) 652-1133

Date: November 10, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that on November 10, 2008, a true and correct copy of the foregoing was electronically served upon one of defendant's attorney, as follows:

Danielle S. Urban, Esq.
Fisher & Phillips LLP
1999 Broadway, Suite 3300
Denver, CO 80202

And upon Plaintiff Mary Barone.

s/ John R. Olsen