IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01884-CMA-MJW

MARY STRACKBEIN,

                    Plaintiff,

v.

REGIS UNIVERSITY,

                    Defendant.

---

~~PROPOSED~~ ORDER ( Docket No. 10 )

---

THIS MATTER COMING ON upon plaintiff's motion without opposition to vacate

the Settlement Conference presently set for 1:30 p.m., Monday, November 17, 2008, and

SAID MOTION being found meritorious,

motion is granted And

IT IS ORDERED that the Settlement Conference presently set for 1:30 p.m., Monday,

November 17, 2008 is vacated and the parties are directed to contact the Court for re-setting

upon the completion of depositions.

SO ORDERED this 13TH day of November 2008.

_____
~~DISTRICT COURT JUDGE~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**