IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01884-CMA-MJW

MARY STRACKBEIN,

Plaintiff,

v.

REGIS UNIVERSITY,

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1) and the Confidential Settlement Agreement, Release, and Covenant Not To Sue approved and accepted by the parties on January 23, 2009, Plaintiff Mary Strackbein and Defendant Regis University stipulate to the dismissal with prejudice of the above-captioned action and all claims asserted therein.

Respectfully submitted this 9TH of February, 2009.

FISHER & PHILLIPS LLP

Todd Fredrickson

Todd A. Fredrickson
1999 Broadway, Suite 3300
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
tfredrickson@laborlawyers.com

Attorneys for Defendant Regis University

OLSEN & BROWN, LLC

*s/John R. Olsen*
John R. Olsen
8362 Greenwood Drive
Niwot, Colorado 80503
(303) 652-1133
olsenbrown@comcast.net

Attorneys for Plaintiff Mary Strackbein